# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:24-CR-20-MR-WCM |
| v. | **BILL OF INDICTMENT** |
| DENERIO RODRECUS ROBINSON, a/k/a "Duck" | Violation: 18 U.S.C. §§ 113(a)(6), 1152 |

## THE GRAND JURY CHARGES:

On or about October 9, 2023, in Swain County, within Indian Country, in the Western District of North Carolina, the defendant

**DENERIO RODRECUS ROBINSON, a/k/a "Duck"**

a non-Indian, assaulted D.D., an Indian, resulting in serious bodily injury.

All in violation of Title 18, United States Code, Sections 113(a)(6) and 1152.

A TRUE BILL:

Redacted

DENA J. KING
United States Attorney

ALEX M. SCOTT
Assistant United States Attorney